Michel LIPMAN and Jack Silverman, Individually and Trading as Chief Statistician and as J. Silverman & Associates, Petitioners, v. FEDERAL TRADE COMMISSION, Respondent.

No. 10760.

Circuit Court of Appeals, Ninth Circuit.

March 15, 1945.

Seaman & Jackson, of San Francisco, Cal., for petitioners.

W. T. Kelley, Chief Counsel, F.T.C., and Joseph J. Smith, Jr., Asst. Chief Counsel, F.T.C., both of Washington, D. C., for respondent.

Before WILBUR, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

It appearing from the files of this Court, that Mr. Edward N. Jackson, counsel for petitioner, and Mr. Joseph J. Smith, Jr., Asst. Chief Counsel, Federal Trade Commission, counsel for respondent, entered into a stipulation that this cause should abide final decision in the companion cause, Silverman v. Federal Trade Commission, which stipulation was filed on May 15, 1944, and that in said cause, Silverman v. Federal Trade Commission, an opinion was rendered and filed on November 13, 1944, 145 F.2d 751, and a decree affirming and enforcing order to cease and desist was filed and entered on December 5, 1944, which decree has now become final and no review thereof has been sought by petitioner herein, now therefore, it is ordered that a decree be filed and entered herein affirming and enforcing the order of the Federal Trade Commission to cease and desist, and that a certified copy of such decree be forthwith forwarded to the respective parties hereto.

Jack M. LITCH, Appellant, v. UNITED STATES of America, Appellee.

No. 10054.

Circuit Court of Appeals, Ninth Circuit.

March 5, 1945.

H. W. McGowan, of Willows, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

It appearing from the files of this court that the appellant has failed to prosecute his appeal, and has failed to file certified transcript of record, and has been notified of default and that the matter would be called to the attention of this court at this time, and has made no response to such notice of default, and by direction of the court, it is ordered that the appeal in above cause be and hereby is dismissed for failure of appellant to prosecute his appeal, that a judgment be filed and entered accordingly and that the mandate of this court issue forthwith.